IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                    CHAPTER 13 NO.:

DANIEL SMITH                                         12-15279-JDW

## FINAL ORDER OF DISMISSAL

THIS MATTER came before the Court on the *ore tenus* motion of the Trustee for a *Final Order of Dismissal*, and the Court, being fully advised in the premises, does hereby find that pursuant to *Order Re: Trustee's Objection to Confirmation (Dkt. #35)* (Dkt #42) the Debtor was to file a proposed chapter 13 plan within thirty (30) days of said order, however, Debtor failed to abide by the terms of said order.

IT IS THEREFORE ORDERED AND ADJUDGED as follows:

1. Trustee's *ore tenus* motion shall be and is hereby sustained.

2. This case shall be and is hereby dismissed.

SO ORDERED this the ___ day of _____, 2013.

_____
U. S. BANKRUPTCY JUDGE

SUBMITTED BY:

/s/ W. Jeffrey Collier_____
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
G. Adam Sanford (MSB 103482)
6360 I-55 North, Suite 140
Post Office Box 55829
Jackson, Miss.  39296
(601) 355-6661
ssmith@barkley13.com